```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE RAUL RODRIGUEZ, individually
and on behalf of others similarly situated,

                Plaintiffs,

- against -

ACN TRUCKING CORP. (d/b/a
AMERICAN FOODS), ANGELO NATOLI,
NICOLE NATOLI, JOHN DOE and JANE
DOE,
                Defendant.

**ORDER**

15 Civ. 3052 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The Court having been advised that all claims asserted herein have been settled, it is ORDERED that the above-entitled action is dismissed with prejudice but without costs; provided, however, that if the settlement is not consummated within sixty days of this order, any party may apply by letter within the sixty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. The Clerk of the Court is directed to close the case. Any pending motions are moot.

Dated: New York, New York
       July 22, 2015

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge